Steven A. Morelli
Anabia Hasan
The Law Office of Steven A. Morelli, P.C.
1461 Franklin Avenue
Garden City, New York 11530
(516) 393-9151

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
IMRAN RUBBANI,

                                Plaintiff,

    -against-

VITAL TRANSPORATION, INC., IBRAHIM BARRY, BERJ HAROUTUNIAN, and STEVE DEMIROVIC as aiders and abettors,

                               Defendants.
------------------------------X

13-cv-07035 (NGG)(JMA)

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Plaintiff Imran Rubbani. I certify that I am admitted to practice before this Court.

Dated: Garden City, New York
       April 9, 2014

                                            /s/
                                      Anabia Hasan
                                      The Law Office of Steven A. Morelli, P.C.
                                      1461 Franklin Avenue
                                      Garden City, NY 11530
                                      (516) 393-9151
                                      Fax: (516) 280-7528